RECEIVED
NOV -3 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**RANDY GUIDRY (#356037)**          DOCKET NO. 10-CV-1292; SEC. P

**VERSUS**                          **JUDGE DRELL**

**DR. MIKE LEGGIO, ET AL.**         **MAGISTRATE JUDGE KIRK**

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 3rd day of November, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE